UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT G. LOPEZ,
                      Plaintiff,

            -against-                    20 Civ. 9238 (LGS)

FASHION NOVA, INC., et al.,         ORDER
                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 6, 2020, Defendant TP Apparel, LLC, filed a pre-motion letter requesting permission to file a motion to dismiss. Dkt. No. 9.

      WHEREAS, on December 8, 2020, the Court directed Plaintiff to file any response by December 15, 2020. Dkt. No. 12. Plaintiff failed to file any response. It is hereby

      **ORDERED** that the deadline for Plaintiff to file any response, not to exceed 3 single-spaced pages, to Defendant's letter is hereby extended to **December 23, 2020**. If Plaintiff does not file any response, the Court will proceed with only Defendant's letter. It is further

      **ORDERED** that Defendant TP Apparel, LLC and Plaintiff shall attend a pre-motion conference on January 7, 2021, at 10:30 A.M. to discuss Defendant's proposed motion to dismiss. The parties shall call (888) 262-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: December 17, 2020
      New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE