UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ROBERT G. LOPEZ,                                          :
                                    Plaintiff,              :
                                                            :          20 Civ. 9238 (LGS)
                  -against-                                 :
                                                            :              ORDER
  FASHION NOVA, INC., et al.,                               :
                                    Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 7, 2021, a telephonic conference was scheduled to discuss

Defendant TP Apparel, LLC's anticipated filing of its motion to dismiss.  It is hereby

    **ORDERED** that, for reasons stated at the conference, the conference is hereby adjourned

to **January 14, 2021, at 10:30 A.M**.  Plaintiff and Defendant TP Apparel, LLC shall call (888)

363-4749 and use Access Code 558-3333.  The time of the conference is approximate, but the

parties shall be ready to proceed at that time.

    The Clerk's office is respectfully directed to mail a copy of this order to the pro se

Plaintiff, and counsel for TP Apparel, LLC, if possible, shall email a copy of this order to the pro

se Plaintiff.

Dated: January 7, 2021
       New York, New York

_____
    **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**