UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ROBERT G. LOPEZ,                                              :
                              Plaintiff,                      :
                                                              :     20 Civ. 9238 (LGS)
            -against-                                         :
                                                              :     ORDER
FASHION NOVA, INC., et al.,                                   :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 14, 2021, a telephonic conference was scheduled to discuss Defendant TP Apparel, LLC's anticipated filing of its motion to dismiss. It is hereby

**ORDERED** that Defendant TP Apparel, LLC shall, by **January 14, 2021**, file its letter brief in support of its motion to dismiss. By **February 4, 2021**, Plaintiff Robert G. Lopez shall file any response. No reply shall be filed unless otherwise directed by the Court. It is further

**ORDERED** that the Defendant TP Apparel, LLC and Plaintiff Robert G. Lopez shall attend a telephonic conference on **February 11, 2021, at 10:30 A.M.** at which time the court will issue an oral opinion on the motion to dismiss. No argument will be heard. The parties shall call (888) 363-4749 and use Access Code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. It is further

**ORDERED** that all deadlines that apply to Defendant TP Apparel, LLC, except for the ones outlined above, are hereby stayed.

The Clerk's office is respectfully directed to mail a copy of this order to the pro se Plaintiff, and counsel for TP Apparel, LLC, if possible, shall email a copy of this order to the pro se Plaintiff.

Dated: January 14, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE