UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT G. LOPEZ,
                    Plaintiff,

                    20 Civ. 9238 (LGS)

     -against-

                    ORDER

FASHION NOVA, INC., et al.,
                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated January 14, 2021 (Dkt. No. 36), required the parties to file a proposed case management plan and joint letter by March 4, 2021;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 8, 2021, at noon**.

Dated: March 5, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**