UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
ROBERT G. LOPEZ, :
                    Plaintiff, :
: 20 Civ. 9238 (LGS)
      -against- :
: ORDER
FASHION NOVA, INC., et al., :
                    Defendants. :
------------------------------------------------------------ X

      WHEREAS, on January 14, 2021, pro se Plaintiff did not appear at a pre-motion conference as directed by the Court at Dkt. No. 33.

      WHEREAS, on February 11, 2021, Plaintiff did not appear at a conference regarding Defendant TP Apparel, LLC's motion to dismiss as directed by the Court at Dkt. No. 40.

      WHEREAS, this case has been dismissed as to Defendants Zara USA, Inc., Bonfire Funds, Inc., TP Apparel, LLC and Superdry Retail, LLC.  *See* Dkt. Nos. 29, 30, 44, 46.

      WHEREAS, Plaintiff has not filed an affidavit of service as to the remaining Defendants.

      WHEREAS, on January 14, 2021, the Court directed the parties to file a joint status letter and proposed case management plan by March 4, 2021, and the parties failed to do so.  Dkt. No. 36.

      WHEREAS, on March 5, 2021, the Court directed the parties to file a joint status letter and proposed case management plan by March 8, 2021, at noon, and the parties failed to do so.  Dkt. No. 47.  It is hereby

      **ORDERED** that the initial conference scheduled for March 11, 2021, at 10:30 A.M. is adjourned sine die.  It is further

      **ORDERED** that, by **March 16, 2021**, Plaintiff shall file a letter stating whether he intends to proceed against the remaining Defendants.  If Plaintiff intends to proceed, he shall state in the letter when he intends to serve the remaining Defendants.  If Plaintiff does not file a letter or a request for an extension by **March 16, 2021**, the case will be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

Dated: March 9, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE